**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

DANNY C. WELTE,                    )
                                   )
            Petitioner,            )
                                   )
     v.                            )          No. 4:26-CV-00963 RHH
                                   )
RICHARD ADAMS,                     )
                                   )
            Respondent.            )

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court upon its own motion. Self-represented Petitioner Danny Welte has submitted an unsigned 28 U.S.C. § 2254 Petition in this action. *See* ECF No. 1 at 14. Under Federal Rule of Civil Procedure 11(a), every written pleading or motion must be signed "by a party personally if the party is unrepresented" and the Court must strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." Signature is also required by Rule 2(c)(5) of the Rules Governing Section 2254 cases in the United States District Courts which provides, in relevant part, that the petition must "be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner." Similarly, the Local Rules of this Court also require that all filings be signed by the self-represented party or the party's attorney. E.D. Mo. L.R. 2.01(A)(1). As a result, the Court will order the Clerk to return the petition to Petitioner, so that Petitioner may sign and return it to the Court for filing. If Petitioner fails to comply with this Order, Petitioner's action will be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return Petitioner's petition to him.

**IT IS FURTHER ORDERED** that Petitioner shall sign the petition and return it to the Court within **30 days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, Petitioner's action shall be dismissed without prejudice.

Dated this 24th day of June, 2026.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE

-2-