**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DANNY C. WELTE,                         )
                                        )
              Petitioner,               )
                                        )
      v.                                )          No. 4:26-cv-00963-RHH
                                        )
RICHARD A. ADAMS,                       )
                                        )
              Respondent.               )

## MEMORANDUM AND ORDER

Petitioner Danny Welte filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but he failed to file a motion for leave to proceed in forma pauperis or pay the $5.00 filing fee. Local Rule 2.01(B)(1) authorizes the Clerk of Court to refuse to receive any pleadings "until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." Accordingly, the Court will allow Petitioner 30 days to either pay the $5.00 filing fee or file a motion to proceed in forma pauperis. His failure to do so in a timely manner will result in a dismissal of this action, without prejudice and without further notice to Petitioner.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's "Motion to Proceed in forma pauperis and Affidavit in Support – Habeas Cases" form.

**IT IS FURTHER ORDERED** that Petitioner must either pay the $5.00 filing fee or submit a motion to proceed in forma pauperis, within **30 days** of the date of this Order.

**IT IS FURTHER ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Petitioner.

Dated this 24th day of June, 2026.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE